**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED RENTALS, INC.**, a Delaware corporation,,

        **Plaintiff,**

-vs-                                              Case No. 6:06-cv-1085-Orl-31JGG

**WAYNE AGAMIE, individually, PHILIP WILBURN, individually, both Florida residents, and U.S. SHORING & EQUIPMENT CO.**, a foreign corporation,

        **Defendants.**
_____

## ORDER

Upon consideration of the Joint Motion for Final Order on Consent Decree (Doc. 45), it is

**ORDERED** that the Motion is DENIED. The proposed "Consent Decree" is in the nature of a settlement agreement, which purports to be confidential (*see* ¶ 4). The Court will not approve a confidential settlement agreement, nor will it endorse a settlement agreement as a decree. If the parties wish to enter into a settlement agreement and prepare a consent judgment to effectuate same, the Court will consider it.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 20, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE